THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLIE HENRIQUEZ, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEROY ODOMS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEROY ODOMS, Appellant, v. WARDEN, BROOKLYN HOUSE OF DETENTION FOR MEN, Respondent.—

Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.